**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| RAYNA SHINN, <br><br> Plaintiff, <br> vs. <br><br> HUNT & HENRIQUES, <br><br> Defendant. | Case No.: **09-cv-02585-JAM-EFB** <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice. Each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: May 4, 2010

/s/ John A. Mendez_____
The Honorable Judge
John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com